In re **SpectraWatt, Inc.**          Case No. **11-37366**

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY*

*Figures used are book value and not indicative of fair market value.

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account** | | **$109,182.20** |
| | | **ZBA Accounts** | | **$0.00** |
| | | **Debit Card** | | **$2,959.60** |
| | | **Federated KeyBanc Capital Mkt (US Treasury Investments)** | | **$1,197,995.09** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **New York Lease (IBM) Deposit** | | **$275,000.00** |
| | | **Oregon Lab Lease Deposit** | | **$6,092.11** |
| | | **Sumco Supply Contract Deposit** | | **$4,509,200.00** |
| | | **Crystalox Supply Contract Deposit** | | **$2,400,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SpectraWatt Century, LLC (Delaware Corporation) (Defunct, no assets)** | | **$0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables** | | **$242,575.18** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** SpectraWatt, Inc.     **Case No.** 11-37366
       **Debtor**                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **NYSERDA Grant (which may be subject to clawback)** | | **$410,165.00** |
| | | **Empire Zone 2010 Refund Due\*** <br> \*This amount may be subject to clawback by the Empire State Development Office of the State of New York (amount claimed is approximately $4.0 million) | | **Unknown** |
| | | **Empire State 2010 Grant\*** <br> \*This amount may be subject to clawback by the Empire State Development Office of the State of New York (amount claimed is $2.1 million) | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **SpectraWatt Logo Trademark and Internet Domain Names (see attachment)** | | **Unknown** |
| | | **Oregon Intellectual Property (see attachment)** | | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Software Licenses and Operating Permits (see attachment)** | | **Unknown** |
| | | **Numerous Environmental Permits** | | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** SpectraWatt, Inc.  Case No. **11-37366**
      **Debtor** (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment including software | | $771,729.81 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and equipment | | $23,751,068.26 |
| | | Leasehold improvements (Book value of $16,220,278.30) | | Unknown |
| 30. Inventory. | | Inventory | | $232,592.53 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                **Total >**    **$33,908,559.78**

(Report also on Summary of Schedules)