In re **SpectraWatt, Inc.**  Case No. **11-37366**
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1Soltech<br>671 N Plano Rd<br>Richardson, TX 75081 | Supply Agreement |
| AFLAC<br>22 Corporate Woods Blvd<br>Albany, NY 12211 | Employee Disability |
| Air Liquide America Spec Gases<br>24531 Network Place<br>Chicago, IL 60673 | Cylinder Rentals |
| BlueHost<br>1958 South 950 East<br>Provo, UT 84606 | Website Hosting |
| Bluewater<br>Attn: Christopher Cagnazzi<br>110 Parkway Dr South Ste A<br>Hauppauge, NY 11788 | Cisco Unified Communications Project |
| Brad Walker<br>6611 Hillcrest Ave #243<br>Dallas, TX 75205 | Employment Agreement |
| Camstar Systems<br>Attn: Scott Toney<br>2818 Coliseum Center Dr Ste 60<br>Charlotte, NC 28217 | Software Liscense Agreement |
| Ching Tang<br>176 Park Lane<br>Rochester, NY 14625 | Advisory Board |

Sheet 1 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CIGNA**<br>900 Cottage Grove Rd W3SLS<br>Hartford, CT 06183 | **Health Insurance** |
| **Cintas**<br>Attn: Shannon Bowen<br>1605 Route 300<br>Newburgh, NY 12550 | **Cleanroom Garment Rental Agreement** |
| **Cisco Capital**<br>Attn: Javier Lopez<br>170 W. Tasman Dr<br>San Jose, CA 95134 | **Agreement to Lease Equipment** |
| **Cisco Capital**<br>PO Box 5716<br>Hicksville, NY 11802 | **Warranty coverage for network** |
| **Delia Milliron**<br>6137 Girvin Dr<br>Oakland, CA 94611 | **Advisory Board** |
| **Don L. Morel**<br>4202 E Fowler Ave<br>Tampa, FL 33620 | **Consultants/Contractors** |
| **Eastern Copy**<br>Attn: Joey DeMarco<br>299 North Plank Rd<br>Newburgh, NY 12550 | **Maintenance Agreement** |
| **EasyStreet Online Services Inc**<br>PO Box 2518<br>Portland, OR 97208 | **Utilities** |
| **Elevate HR**<br>3375 Edison Way<br>Menlo Park, CA 94025 | **Standard End-User License Agreement** |
| **Ernst & Young**<br>Dept 6793<br>Los Angeles, CA 90084 | **Auditors** |

Sheet 2 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Evergreen Engineering**<br>7431 NW Evergreen Pkwy #210<br>Hillsboro, OR 97124 | Project Management |
| **Ferro Corporation**<br>1000 Lakeside Avenue<br>Cleveland, OH 44114 | |
| **Guardian**<br>PO Box 530157<br>Atlanta, GA 30353 | Application for a plan of Group Insurance |
| **Honeywell**<br>6760 W. Chicago Street<br>Chandler, AZ 85226 | Materials |
| **IBM**<br>Attn: Patrick Ortland<br>250 W. 34th St Ste 2514<br>New York, NY 10119 | Real Estate Lease Agreement B334 |
| **Integro Insurance Brokers**<br>1 State Street Plaza 9th Fl<br>New York, NY 10004 | |
| **iStockphoto LP**<br>1240 20th Avenue SE Ste 200<br>Calgary, Alberta T2G 1M8<br>Canada | Foreign |
| **Kelly Services**<br>Attn: Sheri Farrens<br>999 W. Big Beaver Rd<br>Troy, MI 48084 | Customer Services Agreement |
| **KeyBanc Capital Markets** | Banking |
| **King & Spalding LLP**<br>1100 Louisiana Suite 4000<br>Houston, TX 77002 | Engagement Agreement |

Sheet 3 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Microsoft**<br>Attn: Deb Moravec<br>6100 Neil Rd Ste 210<br>Reno, NV 89511-1137 | **Microsoft Volumn Licensing Agreement** |
| **Microsoft Dynamics**<br>One Lone Tree Road<br>Fargo, ND 58104 | **Business Ready Enhancement Plan** |
| **NREL**<br>Attn: Randy Fransua<br>1617 Cole Blvd<br>Golden, CO 80401 | **Improved Solar Cell Efficiency Through the use of an Additive Nanostructure-based Optical Down-Shifter** |
| **OHSU**<br>Attn: Brian Newman<br>3181 SW Sam Jackson Park Rd<br>Portland, OR 97201 | **Lease Agreement-Cooley Science Center** |
| **Paychex** | **Payroll Processing Agreement** |
| **PV Crystalox/Iain Dorrity**<br>Brook House 174 Milton Park<br>Abingdon Oxfordshire OX14 4SE<br>Great Britain | **Supply of Goods Agreement** |
| **Register.com** | **Domain Name Registration** |
| **Roetzel & Andress**<br>5tth Third Center at<br>One Seagate Suite 1700<br>Toledo, OH 43604 | **Engagement Agreement** |
| **Roth and Rau**<br>An Der Baumschue 6-8<br>09337 Hohenstein-Ernstthal<br>Germany | **Equipment Purchase Agreement** |
| **Solon**<br>Attn: Thomas Krupke<br>Am Studio 16 D-12489 Berlin<br>Germany | **Agreement for Supply of Photovoltaic Cells** |

Sheet 4 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Spectra Energy**<br>5400 Westheimer Court<br>Houston, TX 77056-5310 | Settlement Agreement |
| **Stoel Rives LLP**<br>900 SW Fifth Ave Ste 2600<br>Portland, OR 97204 | Legal |
| **Sumco**<br>Attn: Yasuharu Sasaki<br>2099 Gateway Pl Ste 400<br>San Jose, CA 95110 | Long-Term Purchase Agreement |
| **Symantec** | Symantec Software Support |
| **The Charter Oak Fire Insurance Company**<br>1 Tower Square<br>Hartford, CT 06183 | Insurance Agreement |
| **Travelers Insurance**<br>PO Box 660317<br>Dallas, TX 75266-0317 | Insurance Agreement |
| **UPS**<br>Attn: Tom Bowers<br>28013 Network Place<br>Chicago, IL 60673-1280 | Application for Credit, Customs Power of Attorney |
| **US Customs**<br>6026 Lakeside Blvd<br>Indianapolis, IN 46278 | Customs Bond |
| **Vanacore, Benedictus et al.**<br>Attn: Ita Rahilly<br>2622 South Ave PO Box 95<br>Wappingers Falls, NY 12590 | Supplier |
| **Verizon**<br>Attn: Ronald Nassar<br>744 Zeckendorf Bld<br>Garden City, NY 11530 | Verizon Business Service Agreement, Verizon Major Account Agreement and Application for Service |

Sheet 5 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases