# United States Bankruptcy Court
## Southern District of New York

In re **SpectraWatt, Inc.**  
Debtor(s)

Case No. **11-37366**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Wilson**<br>153 Gallows Hill Rd<br>Redding, CT 06896 | **Common** | 8,860,311 | |
| **Cogentrix Energy LLC**<br>9405 Arrowpoint Blvd<br>Charlotte, NC 28273 | **Preferred** | 54,545,455 | |
| **Eric Johnson**<br>15 Grand Pl<br>Newtown, CT 06470 | **Common** | 3,105,599 | |
| **Intel Corporation**<br>2200 Mission College Blvd<br>M/S RN6-59<br>Santa Clara, CA 95054 | **Preferred** | 81,409,091 | |
| **PCG Clean Energy &<br>Techology Fund LLC**<br>1200 Prospect St Ste 200<br>La Jolla, CA 92037 | **Preferred** | 16,969,697 | |
| **PCG Clean Energy & Tech Fund<br>(East) LLC**<br>1200 Prospect St Ste 200<br>La Jolla, CA 92037 | **Preferred** | 8,484,848 | |
| **Solon SE**<br>Ederstrasse 16<br>Berlin D-12059<br>Germany | **Preferred** | 36,363,636 | |
| **Steven Beisenwenger**<br>3455 SW Dosch Rd<br>Portland, OR 97239 | **Common** | 94,691 | |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

| In re: | **SpectraWatt, Inc.** | | Case No. | **11-37366** | |
|---|---|---|---|---|---|
| | | Debtor(s) | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 19, 2011**    Signature **/s/ Brad Walker**
**Brad Walker**
**Chief Restructuring Officer and CEO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.