KING & SPALDING LLP
Mark W. Wege
Eric M. English
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

KING & SPALDING LLP
Scott I. Davidson
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
*Proposed Bankruptcy Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION**

---------------------------------------------------------x
In re:                                    Chapter 11

**SPECTRAWATT, INC.,**                    Case No. 11-37366-CGM

                **Debtor.**
---------------------------------------------------------x

## NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on August 19, 2011 (the "Petition Date"), SpectraWatt, Inc. (the "Debtor"), filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtor filed the pleadings listed on the attached Exhibit A attached hereto; and

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **August 25, 2011 at 10:00 a.m.** (Prevailing Eastern Time), before the Honorable Cecelia G. Morris, United States

Bankruptcy Judge, United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601, to consider the motions listed on Exhibit A; and

**PLEASE TAKE FURTHER NOTICE** that copies of the motions and applications referenced in Exhibit A may be obtained (i) on the Court's website at www.nysb.uscourts.gov through an account obtained from PACER Service Center at (800) 676-6856 or (ii) from the proposed counsel for the Debtor as set forth below.

Dated: August 19, 2011
      New York, New York

**KING & SPALDING LLP**

By: /s/ Mark W. Wege
    Mark W. Wege
    MWege@kslaw.com
    Eric M. English
    EEnglish@kslaw.com
    1100 Louisiana, Suite 4000
    Houston, Texas 77002
    Telephone: (713) 751-3200
    Facsimile: (713) 751-3290

    -and-

    Scott I. Davidson
    SDavidson@kslaw.com
    1185 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

    **PROPOSED BANKRUPTCY COUNSEL TO THE DEBTOR**

# EXHIBIT A

1. **Cash Collateral**  Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, and 363 for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection to the Series A-1 Noteholders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, Docket No. 3

2. **Cash Management**  Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), and 363(c); (A) Authorizing Maintenance of Prepetition Bank Accounts and Cash Management System and Continued Use of Existing Business Forms, Books, and Records, and (B) Approving Investment Accounts and Procedures, Docket No. 8

3. **Wages**  Debtor's Emergency Motion for Order Authorizing Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses, Docket No. 9.

4. **Sale**  Debtor's Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for Entry of Orders (A) Authorizing and Scheduling an Auction at Which the Debtor Will Solicit the Highest or Best Bid(s) for the Sale of Substantially All of Its Assets, (B) Approving Procedures Related to the Conduct of an Auction, (C) Fixing the Manner and Extent of Notice, (D) Approving the Sale of the Debtor's Assets to the Party or Parties Submitting the Highest or Best Bid(s) at the Auction, and (E) Granting Related Relief, Docket No. 4