HUGHES HUBBARD & REED LLP
Christopher K. Kiplok
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
kiplok@hugheshubbard.com

*Attorneys for Crystalox Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br><br>SPECTRAWATT, INC.<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-37366-CGM |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Cyrstalox Limited ("Crystalox"), by and through its undersigned counsel, hereby appears as a creditor and party-in-interest in the above-captioned case and requests, pursuant to 11 U.S.C. § 1109(b) and Rules 2002(g), 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or required to be given in this case and all papers served or required to be served in this case and in all adversary proceedings in this case, be given and served upon the following person:

> Dustin P. Smith
> One Battery Park Plaza
> New York, New York 10004
> (212) 837-6000
> smithd@hugheshubbard.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, without limitation, all orders and notices, including, but not

limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit will waive Crystalox's substantive or procedural rights, including any right: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert any other rights, claims, actions, defenses, setoffs, or recoupments to which Crystalox is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments Crystalox expressly reserves. This Notice of Appearance shall not constitute a submission by Crystalox as to the jurisdiction of the Bankruptcy Court.

Dated: New York, New York
August 30, 2011

    HUGHES HUBBARD & REED LLP

    By: /s/ Dustin P. Smith
        Christopher K. Kiplok
        Dustin P. Smith
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        kiplok@hugheshubbard.com

        *Attorneys for Crystalox Limited*