Tobey M. Daluz, Esquire (DE. ID. 3939)
David T. May, Esquire (DE ID. 5359)
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
       maydt@ballardspahr.com

*Attorneys for E. I. DuPont de Nemours & Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SPECTRAWATT, INC. | Case No. 11-37366 (CGM) |
| Debtors. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that Tobey M. Daluz and David T. May of Ballard Spahr LLP hereby appear in the above-captioned cases on behalf of E. I. DuPont de Nemours & Company ("DuPont"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the party identified below at the following address and further request that they be added to the Master Service List:

Tobey M. Daluz, Esquire
David T. May, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
maydt@ballardspahr.com

*Attorneys for E. I. DuPont de Nemours & Company*

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive DuPont's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DuPont is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DATE: August 31, 2011.

                 /s/ David T. May
Tobey M. Daluz, Esquire
David T. May, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
        maydt@ballardspahr.com

*Attorneys for E. I. DuPont de Nemours & Company*