KING & SPALDING LLP
Mark W. Wege
Eric M. English
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

KING & SPALDING LLP
Scott I. Davidson
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Bankruptcy Counsel for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# POUGHKEEPSIE DIVISION

-------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPECTRAWATT, INC.,** | **Case No. 11-37366-CGM** |
| **Debtor.** | |

-------------------------------------------------------x

## NOTICE OF AUCTION RESULTS AND AUCTION REPORT

**PLEASE TAKE NOTICE** that pursuant to the Final Bidding Procedures Order entered

by this Court on September 20, 2011 (Doc. No. 65), SpectraWatt, Inc. (the "Debtor") held an

auction for the sale of substantially all of its assets on September 28, 2011 (the "Auction"). The

Auction was held at the Debtor's New York Facility and broadcast on the website of the Sales

Agent.[1]

**PLEASE TAKE FURTHER NOTICE** that the Prevailing Bidder at the Auction was

Canadian Solar, Inc. ("Canadian Solar"). Canadian Solar submitted the winning bid of

$4,300,000 for the Lot 2 assets, which consists of all tangible assets of the Debtor's estate,

---

[1] Capitalized terms not defined herein are defined in the Final Bidding Procedures Order or in the underlying Motion.

except for the Excluded Assets and certain non-equipment assets that were removed from the Auction at the Debtor's discretion.[2]

**PLEASE TAKE FURTHER NOTICE** that the Backup Bidder is Rusenergoinvest Group ("REI"). REI submitted a bid of $4,200,000 for the Lot 2 assets (as described above).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Bidding Procedures Order, the Prevailing Bidder and the Backup Bidder must provide a cash payment, via wire transfer, within forty-eight (48) hours of the Auction equal to twenty-five percent (25%) of their respective bids to the Debtor's counsel trust account.

**PLEASE TAKE FURTHER NOTICE** that the neither the Prevailing Bid or the Backup Bid includes the assumption or assignment of any executory contracts or unexpired leases of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be conducted at 2:00 p.m. on October 6, 2011 at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York, at which the Debtor intends to present the Prevailing Bid for approval by the Court.

Dated: New York, NY

September 29, 2011.

**KING & SPALDING LLP**

By: /s/ Mark W. Wege
Mark W. Wege
MWege@kslaw.com
Eric M. English
EEnglish@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas 77002

---

[2] The Assets removed by the Debtor from the Auction were Lots 43-46, 112-133, 150, 160, 170, 190, 240-242, 259, 260, 265-267, and 500-552. The Debtor removed these assets from the Auction based on a settlement the Debtor reached with its real property lessor, IBM. The settlement with IBM remains subject to this Court's approval and the Debtor will be submitting a motion to approve that settlement.

Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290

-and-

Scott I. Davidson
SDavidson@kslaw.com
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

**BANKRUPTCY COUNSEL TO
THE DEBTOR**